```
 1  STEVEN T. GUBNER - Bar No. 156593
    TALIN KESHISHIAN - Bar No. 201830
 2  EZRA BRUTZKUS GUBNER LLP
    21650 Oxnard Street, Suite 500
 3  Woodland Hills, CA 91367
    Telephone: 818.827.9000
 4  Facsimile: 818.827.9099
    Email:    sgubner@ebg-law.com
 5            tkeshishian@ebg-law.com

 6  Attorneys for Plaintiff,
    Kawasaki Motors Finance Corporation
 7
```



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ☒
Send
Enter
Closed
JS-5/JS-6 ☒
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| KAWASAKI MOTORS FINANCE CORPORATION, a Delaware corporation, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>ARROW MOTOR SPORTS, INC., an Oregon corporation, dba ACTION MOTOR SPORTS; DENNIS A. GIUSTO, an individual; BARBARA L. GIUSTO, an individual, <br><br>　　　　　Defendants. | Case No. SACV09-413 CJC (ANx) <br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE FRCP 41(a)(1)(A)(ii);** ORDER THEREON <br><br>Action Filed: April 6, 2009 <br>Judge Assigned: Hon. Cormac J. Carney |

Plaintiff Kawasaki Motors Finance Corporation ("Plaintiff") and Arrow Motor Sports, Inc., ("Arrow"), Dennis Giusto and Barbara Giusto ("Giustos"), (collectively, "Defendants") hereby stipulate to the dismissal of the within action without prejudice. The Complaint was filed on April 6, 2009. Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss") on May 29, 2009. Plaintiff opposed said Motion to Dismiss. The Court entered an order on July 6, 2009 denying the Defendants' Motion to Dismiss. Thereafter, Defendants filed an answer to the Complaint on August 5, 2009. The Giustos filed

-1-
Stipulation For Dismissal Of Entire Action Without Prejudice FRCP 41(A)(1)(A)(Ii)

for bankruptcy protection on February 9, 2010 in the United States Bankruptcy Court, District of Oregon. Therefore, Plaintiff and Defendants hereby stipulate to the dismissal of the within action without prejudice.

Respectfully submitted,

Dated: February 22, 2010

ROLLSTON HENDERSON CRABB & JOHNSON, LTD.

By: _____
Robert M. Henderson
Attorneys for Defendants

Dated: February 22, 2010

EZRA BRUTZKUS GUBNER LLP

By: /s/ Talin Keshishian
Talin Keshishian
Attorneys for Plaintiff

IT IS SO ORDERED
Dated 2/25/10
_____
United States District Judge